IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02516-EWN-PAC

FRANCIS JOHNSON,

    Applicant,

v.

DOUGLAS MAURER, ICE Field Office, District Director,

    Respondent.

## ORDER DENYING PETITIONER'S MOTION TO WITHDRAW STAY [Doc. # 23]

**Patricia A. Coan, United States Magistrate Judge**

    Applicant [hereafter petitioner] Francis Johnson filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 on December 22, 2005.  The Application was referred to the undersigned on January 5, 2006, to issue a recommendation on disposition.  A Recommendation to Dismiss petitioner's Application was entered September 21, 2006 [doc. # 21].  Petitioner filed his Objection to Recommendation on September 28, 2006 [22].   On October 16, 2006, petitioner filed his Motion to Withdraw Stay of Deportation [doc. 23].  In this motion, petitioner seeks an order lifting any stay to his deportation, and reasserts that he has cooperated with ICE officers and should be released from ICE custody.

    For the reasons stated previously in the September 21, 2006 Recommendation, this motion is denied.  If ICE had received the required travel documents as requested from the Sierra Leone embassy, petitioner would have been released from custody and

returned to Sierra Leone. The Sierra Leone embassy does not recognize petitioner's claim to be its citizen. *See* respondent's Response to Petition, exhibit A1 (the February 1, 2006 Declaration of ICE Deportation Officer John Sampson) at 2. There is no legal basis on which this court can either secure petitioner the required travel documents from Sierra Leone or order ICE to release him from custody.

For the reasons stated, Petitioner's Motion to Withdraw Stay of Deportation [doc. 23] is **denied**.

Dated this 19th day of October, 2006.

BY THE COURT:

  s/ Michael J. Watanabe *for*
PATRICIA A. COAN
United States Magistrate Judge