IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                                    Date: November 16, 2006
Therese Lindblom, Court Reporter

Civil Action No.  05-cv-02516-EWN-PAC

| *Parties:* | *Counsel:* |
|---|---|
| FRANCIS JOHNSON, | Jim Salvator |
|     Petitioner, | |
| v. | |
| DOUGLAS MAURER, District Field Office Director, BICE, DHS, | Mark Pestal |
|     Respondent. | |

## COURTROOM MINUTES

**Status Conference**

**10:23 a.m.**     Court in session.

Petitioner appears by telephone.

Discussion regarding Petitioner's immigration and detention status**.**

Discussion regarding Petitioner's citizenship.

Court's findings.

**ORDERED:   1.**     **Recommendation of United States Magistrate Judge (#21, filed September 21, 2006) is REJECTED.**

Courtroom Minutes
05-cv-02516-EWN
Judge Edward W. Nottingham
Page 2 of 2

**ORDERED: 2.     Government shall release Petitioner forthwith.**

**10:40 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:17