IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02516–EWN–OES

FRANCIS JOHNSON,

    Applicant,

v.

DOUGLAS MAURER, ICE Field Office
District Director,

    Respondent.

---

**ORDER**

---

This matter is before the court on the "Petitioners [sic] Objection to the Magistrate Judges [sic] Decision to Deny Petitioners [sic] Motion to Withdraw Stay of Deportation and Motion for Reconsideration by the District Judge" filed October 31, 2006. A status conference was held in open court on November 16, 2006, in which the court ordered the petitioner released. It is therefore

**ORDERED** as follows:

1. The Petitioners [sic] Objection to the Magistrate Judges [sic] Decision to Deny Petitioners [sic] Motion to Withdraw Stay of Deportation and Motion for Reconsideration by the District Judge is DENIED as moot.

2. This civil action shall be closed, the court having afforded Petitioner all the relief requested.

3. All other pending motions are DENIED as moot.

Dated this 6th day of February, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge